**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 248 EAL 2021
REPONDENT :
:
:
: Petition for Allowance of Appeal
v. : from the Order of the Superior Court
:
:
CARNELL GREEN, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.